UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JUNIOR CHACON,<br><br>   Petitioner,<br><br>  vs.<br><br>FRED FOULK, Warden,<br><br>   Respondent. | Case No. CV 13-8366-CAS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

  IT THEREFORE IS ORDERED that respondent's Motion to Dismiss with respect to the unexhausted aspects of Grounds Five, Six, Eight, and Sixteen, as well as to the entirety of the unexhausted claims in Grounds Eleven, Thirteen, Fifteen, Seventeen through Twenty-One, and Twenty-Three, is granted with leave to amend. Petitioner is ORDERED to either: (a) File a notice of withdrawal of the unexhausted

Claims, or (b) file a request to stay the proceedings and hold the Petition in abeyance while petitioner returns to state court to exhaust his state remedies with respect to these claims within 30 days of the date of this Order.

In the event petitioner elects to withdraw the unexhausted claims, the Court will order respondent to file an Answer to the Petition. In the event petitioner fails to either file a notice of withdrawal of the unexhausted claims or file a request to stay with respect to his unexhausted claims within 30 days of the date of this Order, the Petition will be subject to dismissal as a mixed petition pursuant to Rose v. Lundy, 455 U.S. 509, 522, 102 S. Ct. 1198, 71 L. Ed. 2d 379 (1982).

Dated: January 27, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE