UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JUNIOR CHACON,<br><br>　　　　　　Petitioner,<br><br>　　　vs.<br><br>SUZANNE M. PEERY, Warden,<br><br>　　　　　　Respondent. | Case No. CV 13-08366-CAS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

1    IT THEREFORE IS ORDERED that petitioner's Motion for Stay [Dkt. # 23]
2 is denied.  Petitioner is ORDERED to either: (a) Elect to proceed on his exhausted
3 claims by filing a "Notice of Petitioner's Election to Proceed on only his Exhausted
4 Claims and Consent to Striking Unexhausted Claims," or (b) elect to return to state
5 court to exhaust his unexhausted claims by filing a consent to dismissal of this action
6 without prejudice within 30 days of the date of this Order.

8  Dated: 9/3/15

                                          CHRISTINA A. SNYDER
                                          UNITED STATES DISTRICT JUDGE