JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JUNIOR CHACON,<br><br>    Petitioner,<br><br>        v.<br><br>CONNIE GIPSON,<br><br>    Respondent. | Case No. 2:13-cv-08366-CAS-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Petition is GRANTED.

Dated: July 11, 2023

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
United States District Judge